UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sprague Energy Corp., )
    Plaintiff )
)
v. ) Civil Action No._____
)
Canada Steamship Lines, Inc., In Personam, and )
M/V ATLANTIC SUPERIOR, In Rem, )
    Defendants )

05 - 11825 RWZ

**Local Rule 7.3 Corporate Disclosure Statement**

Plaintiff Sprague Energy Corp. is a Delaware corporation. Axel Johnson, Inc. is its parent corporation, and owns 10% or more of the stock in Sprague Energy Corp.

SPRAGUE ENERGY CORP.

By its attorney,

Date: September 6, 2005

Lawrence J. Mullen
BBO No.
Wadland & Ackerman
2 Dundee Park, Suite 304
Andover, MA 01810-3726
978-474-8880