AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Sprague Energy Corp.,
    Plaintiff,

V.

Canada Steamship Lines, Inc., In Personam,
and M/V ATLANTIC SUPERIOR, In Rem,
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11825 RWZ

TO: (Name and address of Defendant)
Managing or General Agent
Canada Steamship Lines, Inc.
c/o CSL International, Inc.
55 Tozer Road
Beverly, MA 01915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Mullen, Esq.
Wadland & Ackerman
2 Dundee Park, Suite 304
Andover, MA 01810-3726

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  SEP 08 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 12, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| John J. Ruehrwein, Sr. | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 55 Tozer Rd., Bever. , Ma. in hand to Chauncey Chu, Controller

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 12, 2005      *John J Ruehrwein Sr.*
                   Date                         Signature of Server

32 Pine St., Wakefield, Mass. 01880
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.