```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
                                    CIVIL ACTION NO.
                                    NO. 05-11825-RWZ
SPRAGUE ENERGY CORP.,
     Plaintiff,

v.

CANADA STEAMSHIP LINES, INC.,
In Personam, and M/V ATLANTIC SUPERIOR,
In Rem,
     Defendants.
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **CANADA STEAMSHIP LINES, INC.**, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   September 29, 2005