```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

                                        CIVIL ACTION NO.
                                        NO. 05-11825-RWZ

**SPRAGUE ENERGY CORP.**,
    Plaintiff,

v.

**CANADA STEAMSHIP LINES, INC.**,
<u>In</u> <u>Personam</u>, and M/V ATLANTIC SUPERIOR,
<u>In</u> <u>Rem</u>,
    Defendants.

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **CANADA STEAMSHIP LINES, INC.**, in the above-entitled action.

                                          By its attorneys,

                                          **CLINTON & MUZYKA, P.C.**

                                          **"/s/Terence G. Kenneally"**
                                          **Terence G. Kenneally**
                                          **BBO NO. 642124**
                                          One Washington Mall
                                          Suite 1400
                                          Boston, MA 02108
                                          (617) 723-9165

Dated:   September 29, 2005