UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sprague Energy Corp.,<br>       Plaintiff<br><br>v.<br><br>Canada Steamship Lines, Inc., In Personam, and<br>M/V ATLANTIC SUPERIOR, In Rem,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.05-11825-RWZ |

**Plaintiff's Local Rule 16.1(D)(3) Certification**

The undersigned hereby certify in accordance with Local Rule 16.1(D)(3) that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and that we have considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                  Sprague Energy Corp.

Date: October 20, 2005       "/s/ David S. Hershey"
                                    By: Mr. David S. Hershey, CPCU, ARM
                                    Risk Manager


Date: October, 20, 2005      "/s/ Lawrence J. Mullen"
                                    Lawrence J. Mullen
                                    BBO No. 360310
                                    Wadland & Ackerman
                                    2 Dundee Park, Suite 304
                                    Andover, MA 01810-3726
                                    978-474-8880

Case 1:05-cv-11825-RWZ    Document 9    Filed 11/01/2005    Page 2 of 2