UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 05-11825-RWZ

**SPRAGUE ENERGY CORP.,**
    **Plaintiff,**

v.

**CANADA STEAMSHIP LINES, INC.,**
*In Personam*, and M/V ATLANTIC SUPERIOR,
*In Rem,*
    **Defendants.**

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| **CANADA STEAMSHIP LINES, INC.** | **CLINTON & MUZYKA, P.C.** |
|---|---|
| "/s/ Michael Bedford" | "/s/ Thomas J. Muzyka" |
| **Michael Bedford** | **Thomas J. Muzyka** |
| Canada Steamship Lines, Inc. | BBO NO. 365540 |
| 759 Victoria Square | One Washington Mall |
| Montreal, Quebec  H2Y 2K3 | Suite 1400 |
|  | Boston, MA 02108 |
|  | (617)723-9165 |

Dated: November 7, 2005