UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 05-11825-RWZ

SPRAGUE ENERGY CORP.,
    Plaintiff,

v.

CANADA STEAMSHIP LINES, INC.,
In Personam, and M/V ATLANTIC SUPERIOR,
In Rem,
    Defendants.

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their undersigned counsel, and hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 25 day of May, 2006.

PLAINTIFF
WADLAND & ACKERMAN

_____
Lawrence J. Mullen
BBO No. 360310
Two Dundee Park
Suite 304
Andover, MA 01810-3726
978-474-8880

DEFENDANT
CLINTON & MUZYKA, P.C.

_____
Thomas J. Muzyka
BBO NO. 365540
Terence G. Kenneally
BBO NO. 642124
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165